UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KATHLYN M. LINDEBOOM, an Individual,<br><br>    Plaintiff,<br><br>    v.<br><br>PLASTER CITY DIGITAL POST, LLC, a California Limited Liability Company; and DOES 1-10,<br><br>    Defendants. | Case No. CV08- 8077 SVW (JTLx)<br><br>**STIPULATED PERMANENT INJUNCTION & ORDER** |

    It has been represents to this Court that Plaintiff Kathlyn M. Lindeboom ("Plaintiff") and Defendant Plaster City Digital Post, LLC ("Plaster City") have agreed to a compromise and settlement of this civil action.

    WHEREFORE, with the consent of the parties, and through their respective counsel, IT IS HEREBY FINALLY ORDERED, ADJUDGES, AND DECREED as follows:

    1.    Plaster City, any associated businesses of Plaster City, and its officers, directors, agents, servants, employees, members, attorneys, distributors, and all other persons, firms or corporations, acting in concert and participation with them, their successors and assigns, are

1  hereby enjoined from using the BLUE COW CREATIVE mark in any manner or on or in
2  connection with any good or service.
3       2.      Nothing in this Stipulated Injunction shall be deemed or construed as an
4  admission of liability by any party.
5       3.      This Court shall retain jurisdiction to resolve any dispute or controversy between
6  the parties arising under or in connection with this Order, or to enforce this Order.

**IT IS SO STIPULATED.**

Dated: _____

_____
Kathlyn M. Lindeboom
Creative Cow.net
2205 Villa Lane
Paso Robles, CA 93446

Dated: _____

_____
Elyse Roberts
Plaster City Digital Post, LLC
6500 Sunset Boulevard
Los Angeles, CA 90028

**Approves as to form:**

Dated: _____

_____
Colette Vogele
Vogele & Associates
12 Geary Street – Suite 701
San Francisco, CA 94108
Tel: 415-319-3311
Fax: 415-358-4975
colette@vogelelaw.com

1

2       Dated: _____

3
                                            _____
4                                           Sandra Pedersen / Dominique Shelton
                                            Wildman, Harrold, Allen & Dixon LLP
5                                           9665 Wilshire Blvd. Suite 200
                                            Beverly Hills CA 90212
6                                           Tel: 310-860-8700
                                            Fax: 310-860-3800
7                                           Email address: dshelton@wildman.com;
                                            pedersen@wildman.com
8

9
        **IT IS SO ORDERED.**
10

11

12      Dated:  August 10, 1009
                                            _[signature]_
13                                          _____
                                            THE HONORABLE STEPHEN V. WILSON
14                                          UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED                                              Case No. CV08- 8077 SVW (JTLx)
PERMANENT INJUNCTION & ORDER          3